AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RASHID JAMON DRAYTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV420-282

JOHN WILCHER and DETECTIVE MCCOLLUNIN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 25, 2022, the Plaintiff's has failed to state any arguably viable claims in his pleadings. Therefore, pursuant to 28 U.S.C. § 1915(e)(2)(B), this civil action is dismissed without prejudice. This case stands closed.



| April 25, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cashell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020